UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, NJ 07094
973-826-5746
Rahaf Alrehaili, Esq.
Email: ralrehaili@scura.com
Counsel for Debtor

In Re:

Luis A. Arias,

Debtor.

| | |
|---|---|
| Case No.: | 26-10823-VFP |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 5/7/2026 10:00AM |
| Judge: | VFP |

## CERTIFICATION OF SERVICE

1.  I, _Silvia Pereyra_ :

☐ represent _____ in the this matter.

☒ am the secretary/paralegal for _SWHS&C, LLP_, who represents

_Debtor_ in the this matter.

☐ am the _____ in the this case and am representing myself.

2.    On _____ April 1, 2026 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Motion re: Motion for an Order Authorizing the Use of Life Insurance Cash Value and Approving Post-Petition Financing, Brief, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Certification and Proposed Order (Dkt.19)

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   _April 1, 2026_

_/s/ Silvia Pereyra_
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Luis A. Arias<br>553 Calvin Street<br>Township of Washington, NJ 07676 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Individual Life Service & Adm.<br>Attn: President/CEO/Officer of the Institution<br>P.O. Box 981590<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Valley National Bank<br>Attn: President/CEO/Officer of the Institution<br>1445 Valley Road<br>Wayne, NJ 07470 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Valley National Bank<br>Attn: President/CEO/Officer of the Institution<br>70 Speedwell Avenue,<br>Morristown, NJ 07960 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Matthew K. Fissel, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for Creditor Lakeview Loan Servicing, LLC \| Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Lakeview Loan Servicing, LLC<br>Attn: President/CEO/Officer of the Institution<br>4425 Ponce de Leon Blvd., MS 5-251,<br>Coral Gables, FL 33146 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Robert L. Saldutti, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Ste 100<br>Cherry Hill, NJ 08034 | Counsel for Creditor TD Bank, N.A. \| Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Bank, N.A.<br>Attn: President/CEO/Officer of the Institution<br>P.O.. Box 16041<br>Lewiston, ME 04243-9523 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 N. Kings Highway<br>Suite 100<br>Cherry Hill, NJ 08034 | Counsel for Creditor TD Bank, N.A. \| Notice of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JPMorgan Chase Bank, N.A.<br>Attn: President/CEO/Officer of the Institution<br>700 Kansas Lane LA4 5599<br>Monroe, LA 71203 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nationstar Mortgage LLC<br>Attn: President/CEO/Officer of the Institution<br>350 Highland Drive,<br>Houston, TX 77067 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rocket Mortgage<br>Attn: President/CEO/Officer of the Institution<br>1050 Woodward Aveneu<br>Detroit, MI 48226 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| State of New Jersey,<br>Division of Taxation<br>Compliance and Enforcement - Bankruptcy Unit<br>3 John Fitch Way, 5th Floor,<br>Po box 245, Trenton, NJ 08695 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Internal Revenue Service<br>P.O. Box 7346,<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Express<br>P.O. Box 1270,<br>Newark, NJ 07101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| American Express<br>Po Box 297871,<br>Fort Lauderdale, FL 33329 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Barclays Bank/Banana<br>125 S West St,<br>Wilmington, DE 19801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Best Buy/Cbna<br>50 Northwest Point Road, Elk Grove Village, IL 60007 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank, N.A.<br>Po Box 6241,<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Comenity Bank<br>Po Box 182789,<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| First National Bank of Omaha<br>Po Box 3412,<br>Omaha, NE 68103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JPMorgan Chase Bank Card<br>Po Box 15369,<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lux Equities LLC<br>90 Dayton Avenue<br>Building 5, Suite 200,<br>Passaic, NJ 07055 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Park Avenue Shul Inc.<br>24 Park Avenue,<br>Clifton, NJ 07014 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Quad Express<br>P.O. Box 644840,<br>Pittsburgh, PA 15264 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Synchrony Bank/Citgo<br>Po Box 71757,<br>Philadelphia, PA 19176 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Target Card Services<br>Po Box 673,<br>Minneapolis, MN 55440 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Bank N.A.<br>Po Box 71466,<br>Philadelphia, PA 19176 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Bank, N.A.<br>1701 Route 70 East,<br>Cherry Hill, NJ 08034 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Small Business Administration<br>409 3rd Street, SW<br>Washington, DC 20416 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| The Home Depot/<br>Citibank North America<br>Po Box 6497,<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Unified Comm. Srvcs., Inc. dba<br>Unified Graphic Comms.<br>1 White Lake Road,<br>Sparta, NJ 07871 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Visions Federal Credit Union<br>24 Mckinley Avenue,<br>Endicott, NY 13760 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wells Fargo Card Services<br>P.O. Box 10347,<br>Des Moines, IA 50306 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

10

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| TD Bank, N.A<br>PO Box 16041<br>Lewiston, ME 04243-9523 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Bank, N.A.<br>PO BOX 1931<br>Burlingame, CA 94011 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Visions Federal Credit Union<br>24 Mckinley Avenue<br>Endicott, NY 13760 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Quantum3 Group LLC as agent for Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison, Texas 75001 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| JPMorgan Chase Bank, N.A. National Bankruptcy Department 700 Kansas Lane LA4 5599 Monroe, LA 71203 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| Midland Credit Management, Inc. PO Box 2037 Warren, MI 48090 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Lakeview Loan Servicing, LLC<br>C/O Rocket Mortgage, LLC<br>Attn: Bankruptcy Dept.<br>PO Box 619096<br>Dallas TX 752619741 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

**U.S. Postal Service™**
*Motion for an order Authorizing the use of*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Luis Arias Ch.13*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee                    4/1/26
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____           Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage

Valley National Bank
Attn: President/CEO/Officer of the
Institution
1445 Valley Road
Wayne, NJ 07470

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
*Motion for an order Authorizing the use of Life insurance*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Luis Arias Ch.13*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee                    4/1/26
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____           Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage

Individual Life Service & Adm.
Attn: President/CEO/Officer of the
Institution
P.O. Box 981590
El Paso, TX 79998

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
*Authorizing the use Life insurance*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Luis Arias Ch.13*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee                    4/1/26
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____           Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage

Matthew K. Fissel, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
*Motion for an order Authorizing the use of Life insurance*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Luis Arias Ch.13*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee                    4/1/26
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____           Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage

Valley National Bank
Attn: President/CEO/Officer of the
Institution
70 Speedwell Avenue,
Morristown, NJ 07960

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
*Motion for an order Authorizing the use of Life insurance*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Luis Arias Ch.13*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee                    4/1/26
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____           Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage

TD Bank, N.A.
Attn: President/CEO/Officer of the
Institution
P.O.. Box 16041
Lewiston, ME 04243-9523

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
*Motion for an order Authorizing the use of Life insurance*
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only *Luis Arias Ch.13*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee                    4/1/26
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____           Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage

Lakeview Loan Servicing, LLC
Attn: President/CEO/Officer of the
Institution
4425 Ponce de Leon Blvd., MS 5-251,
Coral Gables, FL 33146

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**

*Motion for an Order Authorizing the use of life insurance  Luis Arias  Ch.13*

**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*  Luis Arias  Ch.13

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)         $ _____
- ☐ Return Receipt (electronic)       $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required          $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage

4/1/26

Postmark
Here

Comenity Bank
Po Box 182789,
Columbus, OH 43218

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**

*Motion for an order Authorizing the use of life insurance*

**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*  Luis Arias  Ch.13

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)         $ _____
- ☐ Return Receipt (electronic)       $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required          $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage

4/1/26

Postmark
Here

JPMorgan Chase Bank, N.A.
Attn: President/CEO/Officer of the
Institution
700 Kansas Lane LA4 5599
Monroe, LA 71203

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions