UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

MATTHEW FISSEL, ESQUIRE
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Lakeview Loan Servicing, LLC

In Re:
Luis A. Arias aka Lou Arias, aka Luis Armando Arias
Debtor

**Order Filed on April 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  26-10823 VFP

Hearing Date: 4/2/2026 @ 8:30am

Judge:  Vincent F. Papalia

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: April 10, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
 Debtor:              Luis A. Arias aka Lou Arias, aka Luis Armando Arias
 Case No.:            26-10823 VFP
 Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                      DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, holder of a mortgage on real property located at 553 Calvin Street, Township of Washington, NJ, 07676, Matthew Fissel appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David L. Stevens, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, when same is filed, through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.