Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−10823−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Luis A. Arias
    aka Lou Arias, aka Luis Armando Arias
    553 Calvin Street
    Township of Washington, NJ 07676

Social Security No.:
    xxx−xx−4987

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/8/26.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 8, 2026
JAN: gml

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-10823-VFP

Luis A. Arias                                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                Page 1 of 4

Date Rcvd: May 08, 2026                   Form ID: 148                          Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Luis A. Arias, 553 Calvin Street, Township of Washington, NJ 07676-4401 |
| 520958944 | + | Barclays Bank/Banana, 125 S West St, Wilmington, DE 19801-5014 |
| 520958947 | | Citibank, N.A., Credit Bureau Dispute Unit, Sioux Falls, SD 57117 |
| 520958951 | + | D&L Transfer & Storage LLC, 239 Lindbergh Place, Paterson, NJ 07503-2821 |
| 520958952 | + | D&L Transfer Inc., 553 Calvin Street, TPW of Washington, NJ 07676-4401 |
| 520958957 | | Lux Equities LLC, 90 Dayton Avenue, Building 5, Suite 200, Passaic, NJ 07055 |
| 520958959 | + | Park Avenue Shul Inc., 24 Park Avenue, Clifton, NJ 07014-1429 |
| 520958960 | + | Quad Express, P.O. Box 644840, Pittsburgh, PA 15264-4840 |
| 520958962 | + | Sheila I. Tynday, 15 Sheridan Avenue, Metuchen, NJ 08840-2611 |
| 520958971 | + | Unified Comm. Srvcs., Inc. dba Unified Graphi, 1 White Lake Road, Sparta, NJ 07871-3206 |
| 520958973 | + | Victoria M. Arias, 553 Calvin Street, Ho-Ho-Kus, NJ 07676-4401 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2026 17:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2026 17:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | May 08 2026 17:00:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520958943 | + | Email/PDF: bncnotices@becket-lee.com | May 08 2026 17:04:56 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 520958942 | + | Email/PDF: bncnotices@becket-lee.com | May 08 2026 17:05:12 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 521011436 | | Email/PDF: bncnotices@becket-lee.com | May 08 2026 17:04:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520958945 | + | EDI: CITICORP | May 08 2026 20:35:00 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 521039092 | + | Email/Text: bankruptcy@cavps.com | May 08 2026 17:01:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520958946 | + | EDI: JPMORGANCHASE | May 08 2026 20:35:00 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520958948 | + | EDI: CITICORP | May 08 2026 20:35:00 | Citibank, N.A., Po Box 6241, Sioux Falls, SD 57117-6241 |
| 520958949 | + | EDI: CITICORP | May 08 2026 20:35:00 | Citibank, N.A., Po Box 6190, Sioux Falls, SD 57117-6190 |

District/off: 0312-2                                   User: admin                                              Page 2 of 4
Date Rcvd: May 08, 2026                               Form ID: 148                                         Total Noticed: 52

| | | | | |
|---|---|---|---|---|
| 520958950 | + | EDI: WFNNB.COM | May 08 2026 20:35:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 520958953 | | Email/Text: collecadminbankruptcy@fnni.com | May 08 2026 17:00:00 | First National Bank of Omaha, P.O. Box 3128, Omaha, NE 68103 |
| 520958954 | | Email/Text: collecadminbankruptcy@fnni.com | May 08 2026 17:00:00 | First National Bank of Omaha, Po Box 3412, Omaha, NE 68103 |
| 520958955 | + | EDI: IRS.COM | May 08 2026 20:35:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520958956 | + | EDI: JPMORGANCHASE | May 08 2026 20:35:00 | JPMorgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 521008447 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 08 2026 16:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521014205 | + | EDI: JPMORGANCHASE | May 08 2026 20:35:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane LA4 5599, Monroe, LA 71203-4774 |
| 521018211 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 17:04:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521037981 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2026 16:59:00 | Lakeview Loan Servicing, LLC, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521018099 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2026 17:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520971178 | + | Email/Text: ecfbnc@aldridgepite.com | May 08 2026 17:00:00 | Nationstar Mortgage LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520958958 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2026 16:59:00 | Nationstar Mortgage LLC, 350 Highland Drive, Houston, TX 77009-6623 |
| 521057598 | | EDI: PRA.COM | May 08 2026 20:35:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520976053 | | EDI: Q3G.COM | May 08 2026 20:35:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520958961 | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 08 2026 17:01:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 520958963 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 08 2026 16:59:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520958964 | + | EDI: SYNC | May 08 2026 20:35:00 | Synchrony Bank/Citgo, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520958966 | + | EDI: TDBANKNORTH.COM | May 08 2026 20:35:00 | TD Auto Finance, Po Box 71466, Philadelphia, PA 19176-1466 |
| 520958968 | | EDI: TDBANKNORTH.COM | May 08 2026 20:35:00 | TD Bank, N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 520958967 | + | EDI: TDBANKNORTH.COM | May 08 2026 20:35:00 | TD Bank N.A., Po Box 71466, Philadelphia, PA 19176-1466 |
| 520971183 | | EDI: LCITDAUTO | May 08 2026 20:35:00 | TD Bank, N.A, PO Box 16041, Lewiston, ME 04243-9523 |
| 520971815 | ^ | MEBN | May 08 2026 16:53:27 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520972908 | + | Email/Text: rmcdowell@slgcollect.com | May 08 2026 17:00:00 | TD Bank, N.A., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: 148 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | | 08034-1925 |
| 520958965 | + | Email/Text: bncmail@w-legal.com | May 08 2026 17:00:00 | Target Card Services, c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 520958969 | + | EDI: CITICORP | May 08 2026 20:35:00 | The Home Depot/Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520958970 | + | Email/Text: bankruptcynotices@sba.gov | May 08 2026 16:59:00 | U.S. Small Business Administration, 409 3rd Street, SW, Washington, DC 20416-0002 |
| 520958974 | | Email/Text: bankruptcy@visionsfcu.org | May 08 2026 16:59:00 | Visions Federal Credit Union, 24 Mckinley Avenue, Endicott, NY 13760 |
| 520958972 | + | Email/Text: bankruptcynotices@valley.com | May 08 2026 17:00:00 | Valley National Bank, 70 Speedwell Avenue, Morristown, NJ 07960-6682 |
| 521033421 | | EDI: WFCCSBK | May 08 2026 20:35:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520958975 | + | EDI: WFCCSBK | May 08 2026 20:35:00 | Wells Fargo Card Services, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521011455 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521011457 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521011440 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521011442 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520958976 | *+ | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Luis A. Arias dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;ralrehaili@scura.com;moueslati@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2                                   User: admin                                          Page 4 of 4
Date Rcvd: May 08, 2026                            Form ID: 148                                      Total Noticed: 52

Matthew K. Fissel
        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Rahaf Alrehaili
        on behalf of Debtor Luis A. Arias ralrehaili@scura.com
        ecfbkfilings@scuramealey.com;dstevens@scura.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;spereyra@scura.com;vmajano@scura.com

Rebecca K. McDowell
        on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert L. Saldutti
        on behalf of Creditor TD Bank  N.A. rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;anovoa@slgcollect.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7