| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Order Filed on May 8, 2026**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>**Case No.:  26-10823** |
| IN RE:<br>    LUIS A. ARIAS | **Hearing Date:  05/07/2026**<br><br>**Judge:  VINCENT F. PAPALIA** |

### ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 8, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  LUIS A. ARIAS

Case No.:  26-10823VFP

Caption of Order:  Order Denying Confirmation and Dismissing Petition

THIS MATTER having come before the Court on 05/07/2026 for a Confirmation Hearing of the

Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good

and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it

is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all

proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee

from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable

Trustee fees and commissions,  except any adequate protection payments due under the proposed plan or by

Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

ORDERED AND DIRECTED, that pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains

jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on

hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 26-10823-VFP

Luis A. Arias                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

**Recip ID              Recipient Name and Address**
db                     + Luis A. Arias, 553 Calvin Street, Township of Washington, NJ 07676-4401

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

**Name                            Email Address**

David L. Stevens
                                on behalf of Debtor Luis A. Arias dstevens@scura.com
                                dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;ralrehaili@scura.com;moueslati@scura.com

Marie-Ann Greenberg
                                magecf@magtrustee.com

Matthew K. Fissel
                                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Rahaf Alrehaili
                                on behalf of Debtor Luis A. Arias ralrehaili@scura.com
                                ecfbkfilings@scuramealey.com;dstevens@scura.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;spereyra@scura.com;vmajano@scura.com

Rebecca K. McDowell
                                on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 08, 2026                       Form ID: pdf903                               Total Noticed: 1

Robert L. Saldutti
                    on behalf of Creditor TD Bank  N.A. rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;anovoa@slgcollect.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7