UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
CAMMAROTA & GONZALEZ, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, New Jersey 07094
Tel.: 973-696-8391
Jamal J. Romero, Esq.
jromero@scura.com
Counsel for Debtor.

In Re:

Luis A. Arias

Debtor

Case No.: 26-10823

Chapter: 13

Judge: VFP

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Jamal J. Romero, Esq will be substituted as attorney of record for Luis A. Arias, Debtor in this case. [1]

Date: October 26, 2026

/s/David L. Stevens, Esq.
Signature of Former Attorney

Date: October 26, 2026

/s/Jamal J. Romero, Esq
Signature of Substituted Attorney[2]

*rev.8/1/16*

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.